August 1, 2018

Clerk of the United States Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA  17108

RE:     Patty E. Weikel
        Bankruptcy Case No.:  16-01349

Dear Sir/Madam:

Please amend the Debtor's address from

1793 Valley Road
Seven Valleys, PA 17360

to

301 Ravendale Road
Pennsylvania Furnace, PA 16865

If you have any questions, please do not hesitate to contact me.

Sincerely,

/s/ Michael R. Caum

Michael R. Caum

MRC/bmn