IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
   PATTY E. WEIKEL, :
      Debtor : Case No. 1:16-bk-01349-HWV

PRAECIPE FOR WITHDRAWAL OF APPEARANCE

To the Clerk of the Bankruptcy Court:

Please withdraw my appearance as Counsel for Shrewsbury Borough in the above-captioned matter.

                                Respectfully submitted,

                                /s/Craig S. Sharnetzka, Esquire
                                Craig S. Sharnetzka, Esquire
                                CGA Law Firm, P.C.
                                135 North George St.
                                York, PA  17401
                                717-848-4900

{01549553/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
   PATTY E. WEIKEL, :
        Debtor : Case No. 1:16-bk-01349-HWV

CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2018, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Office of the U.S. Trustee

Michael R. Caum, Esquire

                                       /s/Craig S. Sharnetzka, Esquire
                                        Craig S. Sharnetzka, Esquire
                                        CGA Law Firm, P.C.
                                        135 North George St.
                                        York, PA 17401
                                        717-848-4900

{01549553/1}