```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-01349-HWV
Patty E. Weikel                                                 Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: CKovach              Page 1 of 2              Date Rcvd: Nov 01, 2018
                               Form ID: 309A              Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
```
db              +Patty E. Weikel,    301 Ravendale Road,    Pennsylvania Furnace, PA 16865-9536
aty             +Craig S. Sharnetzka,    CGA Law Firm,   135 North George Street,    York, PA 17401-1132
aty             +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty             +Joseph Angelo Dessoye,    Phelan Hallinan, LLP,   1617 JFK BLVD, Suite 1400,
                  Philadelphia, PA 19103-1814
aty             +Paul William Cressman,    Phelan Hallinan, LLP,   1617 JFK Blvd, Suite 1400,
                  Philadelphia, PA 19103-1814
tr              +Lawrence V. Young (Trustee),    CGA Law Firm,   135 North George Street,    York, PA 17401-1132
cr              +Shrewsbury Borough,    35 West Railroad Ave.,    Shrewsbury, PA 17361-1596
4770410         +Judith L. Kroh, Tax Collector,    235 S. Main Street,    Shrewsbury, PA 17361-1501
4770411         +Max F. Weikel,    324 Mill Street,   Saint Clair, PA 17970-1341
4770412         +Southern Management Rentals,    9986 Susquehanna Trail,    Glen Rock, PA 17327-8493
4788369         +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
4800301         +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: mikecaumesq@comcast.net Nov 01 2018 19:20:55      Michael R Caum,    PO Box 272,
                  Shrewsbury, PA  17361
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 01 2018 19:21:21      United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr              +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 01 2018 19:21:54
                  LSF9 MASTER PARTICIPATION TRUST,    C/O CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                  OKLAHOMA, OK 73134-2500
4770408          EDI: CHASE.COM Nov 01 2018 23:13:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
4770409          EDI: ARSN.COM Nov 01 2018 23:13:00      Home Depot,   c/o ARS,    PO Box 469100,
                  Escondido, CA 92046-9100
4865853         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 01 2018 19:21:54
                  LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                  Oklahoma City, OK 73134,    LSF9 Master Participation Trust,
                  c/o Caliber Home Loans, Inc. 73134-2500
4865852         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 01 2018 19:21:54
                  LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                  Oklahoma City, OK 73134-2500
4808185         +EDI: MID8.COM Nov 01 2018 23:13:00      Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
4772862         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 19:21:17
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
4770413          EDI: RMSC.COM Nov 01 2018 23:13:00      Synchrony Bank/JC Penny,    PO Box 965009,
                  Orlando, FL 32896-5007
4770414          EDI: TFSR.COM Nov 01 2018 23:13:00      Toyota Financial Services,    Asset Protection Services,
                  PO Box 2958,    Torrance, CA 90509
4770415         +EDI: WFFC.COM Nov 01 2018 23:13:00      Wells Fargo,    PO Box 10335,   Des Moines, IA 50306-0335
4814573          EDI: WFFC.COM Nov 01 2018 23:13:00      Wells Fargo Financial Pennsylvania, Inc.,
                  c/o Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
                  1000 Blue Gentian Road,    Eagan MN 55121-7700
4770416          E-mail/Text: kcm@yatb.com Nov 01 2018 19:21:06      York Adams Tax Bureau,    1415 N Duke Street,
                  PO Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*             +Lawrence V. Young (Trustee),    CGA Law Firm,   135 North George Street,    York, PA 17401-1132
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:

      Craig S. Sharnetzka   on behalf of Creditor   Shrewsbury Borough csharnetzka@cgalaw.com, tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
      James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      Joseph Angelo Dessoye   on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
      Lawrence V. Young (Trustee)   lyoung@cgalaw.com, pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
      Michael R Caum   on behalf of Debtor 1 Patty E. Weikel mikecaumesq@comcast.net
      Paul William Cressman   on behalf of Creditor   Wells Fargo Financial Pennsylvania, INC pamb@fedphe.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                              TOTAL: 7

| | | **Information to identify the case:** | | Social Security number or ITIN | xxx–xx–1906 |
|---|---|---|---|---|---|
| Debtor 1 | | **Patty E. Weikel** | | | |
| | | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | **Middle District of Pennsylvania** | | Date case filed in chapter **13** | **March 31, 2016** |
| Case number: | | **1:16–bk–01349–HWV** | | Date case converted to chapter **7** | **October 16, 2018** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Patty E. Weikel | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 301 Ravendale Road<br>Pennsylvania Furnace, PA 16865 | |
| **4.** | **Debtor's attorney**<br>Name and address | Michael R Caum<br>PO Box 272<br>Shrewsbury, PA 17361 | Contact phone 717 227–8039<br><br>Email: mikecaumesq@comcast.net |
| **5.** | **Bankruptcy trustee**<br>Name and address | Lawrence V. Young (Trustee)<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br><br>Email: lyoung@cgalaw.com |

**For more information, see page 2**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: November 1, 2018 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 28, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | Location:<br><br>**York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** January 27, 2019 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 1:16-bk-01349-HWV   Doc 59   Filed 11/03/18   Entered 11/04/18 00:44:07   Desc Imaged Certificate of Notice   Page 4 of 4